## BENDER *v.* PENNSYLVANIA COMPANY.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF OHIO.

No. 193. Submitted March 29, 1893. — Decided April 3, 1893.

An order overruling a motion to remand a case to a State Court is not a final judgment.

MOTION TO DISMISS. The case is stated in the opinion.

*Mr. J. R. Carey* and *Mr. F. J. Mullins* for the motion.

*Mr. Lyman R. Critchfield,* opposing.

THE CHIEF JUSTICE: This is a writ of error, brought May 29, 1889, to an order overruling a motion to remand the case to the State Court. Such an order is not a final judgment on the merits, and the writ of error must be dismissed. *McLish* v. *Roff,* 141 U. S. 661; *Chicago, St. Paul &c. Railway* v. *Roberts,* 141 U. S. 690; *Joy* v. *Adelbert College,* 146 U. S. 355.